UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Deborah Suraci,** | |
| **Plaintiff,** | **Civil Action No.: 3:12-cv-01198-JBA** |
| **v.** | |
| **Pioneer Credit Recovery, Inc.; and DOES 1-10, inclusive,** | |
| **Defendants.** | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Deborah Suraci ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: October 11, 2012**

        **Respectfully submitted,**

        **PLAINTIFF, Deborah Suraci**

        <u>**/s/ Sergei Lemberg**</u>

        **Sergei Lemberg, Esq.**
        **LEMBERG & ASSOCIATES L.L.C.**
        **1100 Summer Street, 3rd Floor**
        **Stamford, CT 06905**
        **Telephone: (203) 653-2250**
        **Facsimile:  (203) 653-3424**
        **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg